# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 3, 2014

### NO. 03-14-00689-CV

**J. M., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 403RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the district court. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.